### GEORGE E. CRAIG *vs.* DAVID TWOMEY.

An action commenced without authority of the plaintiff may be adopted by him after a motion to dismiss for that cause.

ACTION OF CONTRACT by indorsee against maker of a negotiable promissory note. At the trial in the court of common pleas in Essex at March term 1859 the plaintiff on cross-examination testified that the suit was not conducted for his benefit and at his expense, but in his name for a third person, who in turn testified that he had nothing to do with it. The defendant thereupon moved to dismiss the action; and the plaintiff's counsel then announced that there might have been some misapprehension, but that the plaintiff now adopted the action as his

own.  *Briggs*, J. overruled the motion to dismiss, and permitted the trial to proceed, and it resulted in a verdict for the plaintiff. The defendant alleged exceptions.

·  *B. F. Watson*, for the defendant.

*J. W. Perry*, for the plaintiff.

Shaw, C. J.    The plaintiff had a good legal title as indorsee. It being doubtful at first whether he had authorized the suit, and a motion having been made to dismiss it, he declared by his attorney that he adopted the suit, which made him liable for costs and a good plaintiff.                    *Exceptions overruled.*